59324. CITY OF ATLANTA v. FIRST NATIONAL BANK OF ATLANTA et al.

DEEN, Chief Judge.

This court considered the above styled case in 154 Ga. App. 658 (269 SE2d 878) (1980) and affirmed the judgment of the trial court disallowing an additional condemnation. That decision having been reversed by the Supreme Court in 246 Ga. 424 (1980), our decision is hereby vacated and the judgment of the trial court is

*Reversed. Quillian, P. J., McMurray, P. J., Smith, Shulman, Banke, Birdsong, Carley and Sognier, JJ., concur.*

ARGUED FEBRUARY 6, 1980 — DECIDED NOVEMBER 21, 1980.

*Ferrin Y. Mathews, Charles N. Pursley, Jr.,* for appellant.
*Charles E. Watkins, Jr., Jefferson D. Kirby, III,* for appellees.